```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
VALERIE DICKS, on behalf of herself and all others similarly        :
situated,                                                           :
                                                                    :
                                                                    :   1:22-cv-6540-GHW
                                    Plaintiff,                      :
                                                                    :        ORDER
                    -against-                                       :
                                                                    :
                                                                    :
MICHAEL STARS, INC.,                                                :
                                                                    :
                                    Defendant.                      :
                                                                    :
------------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/2022

GREGORY H. WOODS, United States District Judge:

On August 5, 2022, the Court ordered Plaintiff to show cause as to why this case was properly venued in the Southern District of New York no later than August 12, 2022. Dkt. No. 5. Plaintiff has not responded to that request. Accordingly, Plaintiff is ordered to respond to the Court's August 5, 2022 order forthwith, and in no event later than August 17, 2022.

Plaintiff is directed to serve a copy of this order on all Defendants in this action and to retain proof of service.

SO ORDERED.

Dated: August 15, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge