```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

|  |  |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #: _____ | |
| DATE FILED: 8/18/2022 | |

VALERIE DICKS, *on behalf of herself and all others similarly situated*,

                      Plaintiff,

-against-

MICHAEL STARS, INC.,

                      Defendant.

1:22-cv-6540-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    On August 5, 2022, the Court ordered Plaintiff to show cause as to why this case was properly venued in the Southern District of New York no later than August 12, 2022. Dkt. No. 5. Plaintiff did not respond to the Court's order by that date. Accordingly, the Court ordered Plaintiff to respond to that order forthwith, and in no event later than August 17, 2022. Dkt. No. 6. Plaintiff again failed to respond to the Court's order. Federal Rule of Civil Procedure 41(b) "authorizes a district court to 'dismiss a complaint for failure to comply with a court order, treating the noncompliance as a failure to prosecute.'" *Lawrence v. Curry Shack, Corp.*, No. 17-CV-10250 (JGK), 2019 WL 1493577, at *1 (S.D.N.Y. Apr. 3, 2019) (citing *Simmons v. Abruzzo*, 49 F.3d 83, 87 (2d Cir. 1995)). Here. Plaintiff has failed to comply with two of the Court's orders. Thus, the Court dismisses this case without prejudice.

    The Clerk of Court is directed to close this case.

    SO ORDERED.

Dated: August 18, 2022
       New York, New York

                                                       _____
                                                        GREGORY H. WOODS
                                                      United States District Judge